## RONALD L. GASKA *v.* KAREN V. COSTELLO ET AL. (14434)

O'Connell, Lavery and Landau, Js.

Submitted on briefs February 22—decision released March 26, 1996

*Gilbert Shasha* filed a brief for the appellant (plaintiff).

*Christopher F. Wanat* filed a brief for the appellees (defendants).

PER CURIAM. The judgment is affirmed.